Lewis Bros. v. R. E. L. Johnson, Sixth Dist., 247 S. W., 589. Dismissed for want of jurisdiction April 4, 1923.

"Amount involved not sufficient to give the court jurisdiction, the interest prayed for being interest *eo nomine.*"

M. L. Allen v. Mack Comoras, Fifth Dist., 247 S. W., 333. Dismissed for want of jurisdiction April 4, 1923.

"Application filed more than thirty days after the overruling of motion for new trial. See Long v. Martin, 247 S. W., 827."

Business Mens Oil Co. v. Priddy, Fourth Dist., 248 S. W., 408. Dismissed for want of jurisdiction April 11, 1923.

"See McGouirk v. Williams, and other cases by Com. of Appeals, approved March 21, 1923."

Early-Foster Co. v. Calvin D. Moody, et al., Fourth Dist., 246 S. W., 1087 (Moody v. Early-Foster Co.). Dismissed for want of jurisdiction March 2, 1923.

"We have not considered the question of fundamental error for the reason that it was not raised in the motion for new trial in the Court of Civil Appeals."

James C. Davis, Agent, v. C. Christenson, First Dist., 248 S. W., 126. Refused Feby. 28, 1923.

"We think there was evidence authorizing the submission of the issue as to the injury being caused by the rope."

J. E. Yeager v. Mrs. A. B. Bradley, Third Dist., 246 S. W., 688. Refused Feby. 14, 1923.

"We think the judgment of the Court of Civil Appeals is correct, whether the orders in the administration be voidable or void."

John T. Spann v. C. W. Tate, Fifth Dist. No written opinion. Dismissed for want of jurisdiction June 12, 1924.

"See Southern Pac. Ry. Co. v. Hass, 85 Texas, 401, and R. S. Art. 1641; also Rules of Supreme Court, Rule 1, sec. c."

E. V. Altman v. C. B. Brown, Eighth Dist., 261 S. W., 171 (Brown v. Altman). Dismissed for want of jurisdiction June 12, 1924.

"See Decker v. Kirlicks, 216 S. W., 385."

H. A. Long v. M. E. Martin, Seventh Dist., 260 S. W., 327. Dismissed for want of jurisdiction May 28, 1924.

"See Art. 1521, Vernon's Sayles' Stats."

J. B. Cochran v. Mrs. Ethel Pierce Lloyd, Ninth Dist., 256 S. W. 337 (Lloyd v. Cochran). Dismissed for want of jurisdiction Feby. 13, 1924.

"Regardless of the correctness of the ruling as to the sufficiency of the petition as against a general demurrer, the case was properly remanded for a new trial."